1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SAMANTHA D. TAMA, State Bar No. 240280
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5708
    Fax: (415) 703-5843
8   Email: Samantha.Tama@doj.ca.gov

9  Attorneys for Defendants Gibbons and Bohanan

10 CLIFTON JEROME McDANIEL
   C-42540
11 California Medical Facility
   P.O. Box 2000, Unit 2-N-205
12 Vacaville, CA 95696-2000

13 Pro Se Plaintiff

14

15                IN THE UNITED STATES DISTRICT COURT

16             FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

| | |
|---|---|
| **CLIFTON JEROME MCDANIEL,** | C 05-2942 VRW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| **WARDEN EVANS, et al.,** | |
| Defendants. | |

Subject to the Court's approval, Plaintiff, in pro se, and Defendants Gibbons and Bohanan (Defendants), by and through their counsel, jointly stipulate to extend the deadline for Defendants to respond to Plaintiff's motion to compel until October 29, 2007. During this time,

/ / /

/ / /

1 | the parties will work towards settlement of this action.
2 | IT IS SO STIPULATED.
3 | Dated: September 7, 2007
4 | Respectfully submitted,
5 | EDMUND G. BROWN JR.
Attorney General of the State of California
6 | DAVID S. CHANEY
Chief Assistant Attorney General
7 | FRANCES T. GRUNDER
Senior Assistant Attorney General
8 | JONATHAN L. WOLFF
9 | Supervising Deputy Attorney General

12 | SAMANTHA D. TAMA
Deputy Attorney General
13 | Attorneys for Defendants Gibbons and Bohanan

14 | Dated: September 7, 2007

17 | Clifton Jerome McDaniel
Pro Se Plaintiff

19 | Pursuant to stipulation, IT IS SO ORDERED.

21 | Dated: September 11, 2007

24 | VAUGHN R. WALKER
United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker

Stip. & [Prop.] Order to Extend Deadline for Resp. to Mot. to Compel        McDaniel v. Evans, et al.
                                                                             C 05-2942 VRW

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **MCDANIEL, CLIFTON J. v. WARDEN EVANS, et al.**

No.:   **C 05-2942 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 10, 2007**, I served the attached

## JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Clifton Jerome McDaniel**
**C-42540**
**California Medical Facility**
**P.O. Box 2000**
**Vacaville, CA 95696-2000**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 10, 2007**, at San Francisco, California.

|  |  |
|---|---|
| J.Palomino | /s/ J. Palomino |
| Declarant | Signature |

20103850.wpd