1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SAMANTHA D. TAMA, State Bar No. 240280
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5708
     Fax:  (415) 703-5843
8    Email:  Samantha.Tama@doj.ca.gov

9  Attorneys for Defendants Gibbons, Bohanan, Hamlin,
   Reynolds, Richardson, and Delaney-Ippolito
10

11

12                IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15  **CLIFTON JEROME MCDANIEL,**                    C 05-2942 VRW

16                                   Plaintiff,     **STIPULATION AND
                                                    [~~PROPOSED~~] ORDER OF**
17              **v.**                              **DISMISSAL WITH
                                                    PREJUDICE**
18  **WARDEN EVANS, et al.,**

19                                  Defendants.

20

21        Following settlement negotiations, the parties voluntarily stipulate that this case be

22  dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties further

23  / / /

24  / / /

25

26

27

28

Stip. & [Prop.] Order to Dismiss w/ Prej.                        *McDaniel v. Evans, et al.*
                                                                 C 05-2942 VRW

1 | agree that all parties will bear their own costs and fees.

2

3 | Date: 10-29-07 _____          _Clifton McDaniel_
4 |                                            Clifton McDaniel, Plaintiff in Pro Se

5

6 | Date: 12/18/07 _____          EDMUND G. BROWN JR.
7 |                                          Attorney General of the State of California

8 |                                 By: _____
9 |                                         Samantha D. Tama
                                           Deputy Attorney General
10 |                                        Attorneys for Defendants Gibbons, Bohanan, Hamlin,
                                           Richardson, Reynolds, and Delaney-Ippolito
11

12 | IT IS SO ORDERED.
13

14 | Date: _____December 20, 2007_____
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **McDaniel v. Evans, et al.**

No.:    **C 05-2942 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 18, 2007**, I served the attached

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Clifton Jerome McDaniel, C-42540**
**California Medical Facility**
**P.O. Box 2000**
**Vacaville, CA 95696-2000**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 18, 2007**, at San Francisco, California.

|  |  |
|---|---|
| Jessica Palomino | Signature |
| Declarant |  |

40198492.wpd